James P. Becker v. Rosette B. Hotchkin and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   See memorandum filed with the clerk.   All concurred, except Williams, J., not voting.   Motion to dismiss appeal denied, without costs.

Edward W. Mulligan, Plaintiff, v. Harvey F. Remington and Nellie M. Larkin, as Trustees, Appellants, and George A. Hicks, Respondent, Impleaded with Others. —Order reversed, with ten dollars costs and disbursements, and motion granted. All concurred.

Adelbert Moot and Others, Respondents, v. Harlow W. Bailey, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.   Held, that the denial set forth in the 4th paragraph of the answer, being a necessary part of the affirmative defense therein alleged, should not have been stricken out.  (See *Douglass* v. *Phenix Ins. Co.*, 138 N. Y. 209.)   All concurred, except Spring and Kruse, JJ., who dissented.

Wood & Brooks Company, Respondent, v. George Schleicher, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred, except Williams, J., not voting.

Mason M. Smith, Appellant, v. The Berger Manufacturing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.   All concurred, except Williams, J., not voting.

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Appellant, v. Henry D. Dwight and Others, Respondents.— Order reversed, without costs of this appeal to either party, and motion granted, without costs. All concurred, except Williams, J., not voting.

Frank M. Larham, Appellant, v. Frank Hall, Respondent.— Order modified so as to read: "Ordered, That the said plaintiff furnish to the defendant within twenty days after service of a copy of this order with notice of entry thereof, a bill of particulars in which he shall state, so far as he is able, the particular acts done or committed by the defendant, of which the plaintiff complains and which he intends to prove upon the trial of this action; the general course of conduct of the defendant towards the plaintiff's wife, which the plaintiff claims alienated his wife's affections and caused her to leave or remain away from plaintiff's home; and the times when and place or places where the particular acts complained of were done or committed, and the time within which the general course of conduct on the part of the defendant which is complained of occurred," and as so modified said order is affirmed, without costs of this appeal to either party. All concurred, except Williams, J, not voting.

Albert L. Brockway, Respondent, v. Andrew S. White, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.  (See *Untermyer* v. *Beinhauer*, 105 N. Y. 521.)   All concurred, except Williams, J., not voting.

The People of the State of New York, Respondent, v. The Farmers' Industrial Union, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., not voting.

The People of the State of New York, Respondent, v. William M. De Garmo, Jr., Appellant.— Judgment and order affirmed.   All concurred, except Williams, J., not voting.

The People of the State of New York, Appellant, v. Elliott O. Worden, Respondent.— Judgment and order affirmed, with costs.   All concurred.

Louisa M. Wilson, as Administratrix, etc, of Raymond Ochsner, Deceased, Appellant, v. The New York Mills, Respondent.— Judgment and order affirmed, with costs.   See opinion of Spring, J., in same case on former appeal, reported 107 Appellate Division, 99.   All concurred, except Kruse, J., who dissented.

Utica Heater Company, Respondent, v. Edwin H. F. Luke, Appellant.— There being no exceptions to the decision the appeal herein cannot be reviewed on the merits and the judgment is, therefore, affirmed, with costs.   All concurred.

John McKie, as Tax Collector for the West Side Sewer in the Town of Gates, Respondent, v. Kellogg Land Company, Appellant, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.   All concurred.

Martha Young, Plaintiff, v. International Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied and judgment